In the Matter of the Application of SOL SCHILDKRAUT, Respondent, for Payment of Awards Made for Parcels Nos. 333 and 334 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Jamaica Avenue (Fulton St.— Hempstead and Jamaica Plank Road — Jericho Turnpike) from One Hundred Sixty-eighth (Grand Canal) Street to Two Hundred Twenty-fifth Street, etc., in the Fourth Ward, Borough of Queens, City of New York. LAWMEDRUG REALTY CORPORATION, Appellant.— Order

confirming report of official referee unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.